**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROY STEWART MOORE, an individual<br>c/o The Foundation for Moral Law<br>P.O. Box 4086<br>Montgomery, AL, 36103<br><br>And<br><br>KAYLA MOORE, an individual<br>c/o The Foundation for Moral Law<br>P.O. Box 4086<br>Montgomery, AL, 36103<br><br>Plaintiffs,<br>v.<br><br>SACHA NOAM BARON COHEN, an individual<br>c/o CAA<br>2000 Avenue of the Stars<br>Los Angeles, CA, 90067<br><br>And<br><br>SHOWTIME NETWORKS, INC.,<br>1633 Broadway<br>New York, NY, 10019<br><br>And<br><br>CBS CORPORATION<br>51 W. 52nd Street<br>New York, NY, 10019<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR DEFAMATION,**<br>**INTENTIONAL INFLICTION OF**<br>**EMOTIONAL DISTRESS AND FRAUD** |

## I.  INTRODUCTION

Plaintiffs Roy Stewart Moore, former Chief Justice of the Supreme Court of Alabama ("Judge Moore") and his wife Kayla Moore ("Mrs. Moore") bring this instant action against Sacha Noam Baron Cohen ("Defendant Cohen"), Showtime Networks, Inc. ("Showtime") and CBS Corporation ("CBS") for Defamation, Intentional Infliction of Emotional Distress and Fraud.

## II.       JURISDICTION AND VENUE

1.        This Court has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

2.        Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## III.      PARTIES

3.        Judge Moore is an individual, natural person who is a citizen of the state of Alabama, and the husband of Mrs. Moore.

4.        Mrs. Moore is an individual, natural person who is a citizen of the state of Alabama, and the wife of Judge Moore.

5.        Defendant Cohen is an individual, natural person who is a citizen of the state of California.

6.        Defendant Showtime is a corporation with headquarters in New York. Showtime is a wholly-owned subsidiary of Defendant CBS.

7.        Defendant CBS is a corporation with headquarters in New York.

## IV.      STANDING

8.        Plaintiffs have standing to bring this action because they have been directly affected by the unlawful conduct complained herein.  Their injuries are proximately related to the conduct of Defendants and their agents.

## V.       FACTS

9.        Judge Moore is the former Chief Justice of the Supreme Court of Alabama and a prominent conservative figure who also ran for the U.S. Senate in 2017 as a Republican.

10.    Defendant Cohen is an actor, comedian, screenwriter, and producer who is best known for portraying disguised fictional characters such as Ali G, Borat, and Brüno in different shows and movies.

11.    Defendant Cohen and his agents including the Defendants Showtime and CBS set up scenarios where Defendant Cohen, while in character, falsely and fraudulently induces unsuspecting victims, such as Judge Moore to be interviewed under dishonest, unethical, illegal and false pretenses, for his works. Defendant Cohen and his agents then set these unsuspecting victims up for ridicule and to severely humiliate them on film to promote his works and to generate large financial returns for himself.

12.    Defendant Cohen's latest project is titled "Who is America?"

13.    "Who is America?" debuted on the Showtime on July 15, 2018, which is owned and produced by Showtime and CBS.

14.    Judge Moore appeared on the third episode of "Who is America?" that originally aired on July 29, 2018.

15.    In order to fraudulently induce Judge Moore and Mrs. Moore to travel to Washington, D.C., where filming was to and did take place, and where the majority of acts pled herein occurred, on or about February 14, 2018, Defendant Cohen and his agents falsely and fraudulently represented to Plaintiff that Yerushalayim TV – which  does not actually exist -  was the producer and broadcaster of the show that Judge Moore would appear on, instead of the actual network that the show that later appeared on Showtime. In addition, Defendant Cohen and his agents falsely and fraudulently represented that Judge Moore and Mrs. Moore were both being invited to Washington, D.C., for Judge Moore to receive an award for his strong support of Israel in commemoration of its 70th anniversary as a nation state. This ceremony, and

presentation of this award, Defendant Cohen falsely and fraudulently represented was to occur during the interview.

16.     Had Judge Moore and Mrs. Moore known that Defendant Cohen had fraudulently induced Judge Moore into this interview, which as a "set up" to harm and thus damage Plaintiffs and the rest of their entire family, Judge Moore would not have agreed to appear. Plaintiffs relied on and had reason to rely on Defendant Cohen's and his agents' representations including Defendants Showtime and CBS, which he was led to believe were truthful and he had no reason to doubt.

17.     Had Plaintiffs known that the promise of a bona fide award was a ruse to trick Judge Moore into appearing on "Who is America?", Judge Moore would not have agreed to appear on Defendants Cohen's, Showtime's and CBS's show and Mrs. Moore would not have agreed to travel to Washington D.C. to accompany and honor her husband.

18.     During the segment that featured Judge Moore, Defendant Cohen – while falsely and fraudulently disguised as the character as Erran Morad, a supposed Israeli anti-terrorism expert and former Mossad agent – falsely painted, portrayed, mocked and with malice defamed Judge Moore as a sex offender, which he is not. Mrs. Moore was forced to endure the effects of this interview.

19.     Thus, during the taping of the segment, Defendant Cohen was in disguise as Erran Morad, falsely and fraudulently portraying himself as someone else.

20.     Had Judge Moore and Mrs. Moore known that "Erran Morad" was Defendant Cohen, Judge Moore would have never agreed to be interviewed and, at a minimum, terminated the interview immediately, and Plaintiffs would not have agreed to travel to Washington D.C.

21.     Defendant Cohen's character falsely and fraudulently introduced a false and fraudulent "device" supposedly invented by the Israeli Army to detect pedophiles. During the segment, Defendant Cohen's "device" – as part of the false and fraudulent routine – purports to detect Judge Moore as a sex offender, thus defaming him.

22.     This false and fraudulent portrayal and mocking of Judge Moore as a sex offender, on national and international television, which was widely broadcast in this district on national television and worldwide, has severely harmed Judge Moore's reputation and caused him, Mrs. Moore, and his entire family severe emotional distress, as well as caused and will cause Plaintiffs financial damage.

23.     After the taping of Judge Moore's segment, when Plaintiffs discovered that they had been fraudulently induced to fly to Washington, D.C. and that Judge Moore's segment was to appear on Showtime and CBS, his Alabama counsel, Melissa Isaak, Esq. sent a preemptive notice to Defendants Showtime, CBS and thus Cohen warning them that Plaintiffs would resort to appropriate legal remedies if they chose to air the segment.

24.     In the preemptive notice, Defendants CBS, Showtime and thus Cohen were informed that the release that Judge Moore had signed was obtained through fraud, and was therefore void and inoperative.

25.     CBS and Showtime failed to take remedial action for Defendant Cohen's actions, and therefore at a minimum adopted his actions and are jointly and severally liable.

### FIRST CAUSE OF ACTION
***Defamation Per Se***
***Plaintiff Roy S. Moore***

26.     Plaintiffs repeat and re-alleges all of the previous allegations of the entirety of this Complaint, including, but not limited to with the same force and effect, as if fully set forth herein again at length.

27.     Defendant Cohen and his agents including Defendants Showtime and CBS made false and defamatory statements concerning Judge Moore by calling, representing and publishing within this district, the nation and the world, with malice, that Judge Moore a pedophile and a sex offender on "Who is America?"

28.     These statements are defamatory per se because they falsely accuse Judge Moore of committing a serious crime, which amounts to a crime of moral turpitude. As defamation per se, damage to Judge Moore is presumed as a matter of law.

29.     Defendants acted in concert and are therefore jointly and severely liable. The statements were made by Defendant Cohen and his agents including Showtime and CBS and then published and/or broadcast in this district, nationwide and throughout the world by Showtime and CBS.

30.     Defendants acted with actual malice insofar as they knew that the statements made against Judge Moore were false and/or recklessly disregarded their falsity.

31.     Defendants' statements and the publishing/broadcasting thereof were made without any privilege.

32.     As a direct and proximate result of Defendants and their agents' extreme, outrageous and malicious defamatory conduct set forth above, Judge Moore has been the subject of widespread ridicule and humiliation and has suffered severe loss of reputation, which has in turn also caused him, Mrs. Moore, and his entire family severe emotional distress and pain and

financial damage, especially given his status as a prominent conservative and a God fearing person of faith.

## SECOND CAUSE OF ACTION
### *Intentional Infliction of Emotional Distress*

33.     Plaintiffs repeat and re-alleges all of the previous allegations of the entirety of this Complaint, including, but not limited to with the same force and effect, as if fully set forth herein again at length.

34.      Defendant Cohen's and his agents' conduct including Showtime and CBS was extreme and outrageous in that they falsely and without any substantiated factual basis, portrayed Judge Moore as a pedophile and a sex offender in this district, on national television and worldwide.

35.     Defendant Cohen's and his agents' including Defendants Showtime's and CBS's conduct was clearly willful and intentional.

36.     CBS and Showtime's conduct was extreme and outrageous in that it broadcasted the Judge Moore segment, where he was falsely portrayed as a pedophile and sex offender, in this district, on national television and worldwide for tens if not hundreds of millions to see and hear, despite the fact that Judge Moore's Alabama counsel had sent them a preemptive notice.

37.     As a result of Defendants and their agents' extreme and outrageous conduct, Plaintiffs have suffered extreme emotional distress as a result of Judge Moore being falsely portrayed,  mocked and defamed as a sex offender and pedophile in this district, on national television and worldwide.

38.     As a direct and proximate result of Defendants and their agents' extreme and outrageous conduct set forth above, Judge Moore has been the subject of widespread ridicule and has suffered severe loss of reputation, which has in turn also caused him, Mrs. Moore, and his

entire family severe emotional distress and financial damage, especially given his status as a prominent conservative and a God fearing person of faith.

### THIRD CAUSE OF ACTION
#### *Fraud*

39.     Plaintiffs repeat and re-allege all of the previous allegations of the entirety of this Complaint, including with the same force and effect, as if fully set forth herein again at length.

40.     Defendant Cohen and his agents including Defendants Showtime and CBS knowingly made false material representations that the show segment that Judge Moore was to appear on was being produced by Yerushalayim TV, when in fact, it was being produced by Showtime and CBS as part of their latest project "Who is America?"

41.     Defendant Cohen and his agents including Defendants Showtime and CBS made false material representations that Judge Moore and Mrs. Moore were being flown to Washington D.C. to receive an award for his support of Israel and to commemorate the 70th anniversary of its founding as a Jewish nation state.

42.     Defendant Cohen and his agents including Defendants Showtime and CBS knowingly made this false material representation to fraudulently induce Judge Moore to appear on the program, with Mrs. Moore present, where Defendant Cohen and Defendants Showtime and CBS would falsely portray, mock and defame Judge Moore as a pedophile and a sex offender, which if true, which it was not, is a crime of moral turpitude.

43.     Plaintiffs justifiably relied on Defendant Cohen's and the other Defendants false representations and, as a direct and proximate result of these false representations, agreed to appear and be present on and at Defendant Cohen's and Showtime's and CBS's show.

44.     Defendant Cohen, while in disguise, further made false and fraudulent representations that he was "Erran Morad" in order to trick Judge Moore into speaking with and to be interviewed by him.

45.     Had Plaintiffs known that "Erran Morad" was Defendant Cohen, Judge Moore would never have agreed to the interview and for Mrs. Moore to be present and, at a minimum, have terminated the interview immediately.

46.     Defendants CBS, Showtime and Cohen failed to take remedial action for Defendant Cohen's actions despite being on notice and therefore Defendants Showtime and CBS at a minimum adopted Defendant Cohen's actions, and all of them are jointly and severally liable as joint tortfeasors.

47.     As a direct and proximate result of Defendant Cohen's and his agents' including Defendants Showtime's and CBS's false and fraudulent representations, Judge Moore, Mrs. Moore, and his entire family have suffered extreme emotional distress as a result of Judge Moore being falsely portrayed as a sex offender and pedophile in this district, on national television and worldwide.

48.     As a direct and proximate result of Defendant Cohen's and his agents' including Defendants Showtime's and CBS's fraudulent representations, Plaintiffs been the subject of widespread ridicule and Plaintiffs' entire family, including Mrs. Moore, have suffered loss of reputation, financial loss, and loss of time spent going to and being in Washington D.C.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief and judgment against Defendants Cohen, Showtime and CBS as follows, all of whom acted in concert as joint tortfeasors:   actual,

compensatory, and punitive damages in excess of $95,000,000 USD, as well as attorneys' fees and costs, and any other relief that this Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts, as to all issues so triable.

DATED: September 6, 2018                          Respectfully submitted,


                                                  /s/ Larry Klayman
                                                  Larry Klayman, Esq.
                                                  KLAYMAN LAW GROUP, PA
                                                  2020 Pennsylvania Ave NW #800
                                                  Washington, DC, 20006
                                                  Email: leklayman@gmail.com
                                                  Tel: 310-595-0800
                                                  *Counsel for Plaintiffs*