AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Roy Stewart Moore & Kayla Moore | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-02082 |
| Sacha Noam Baron Cohen, Showtime Networks, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation   .

Date:   09/28/2018

/s/ Eric Feder
*Attorney's signature*

Eric J. Feder  (DC Bar No. 996955)
*Printed name and bar number*
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W., Suite 800
Washington, DC 20006

*Address*

ericfeder@dwt.com
*E-mail address*

(202) 973-4200
*Telephone number*

(202) 973-4499
*FAX number*