IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:18-cv-02082 ) |
| SACHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., and CBS CORPORATION, | ) ) ) ) ) |
| Defendants. | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants CBS Corporation ("CBS") and Showtime Networks Inc. ("Showtime") hereby state that:

Showtime is a wholly owned subsidiary of CBS.  CBS is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of CBS.  CBS is not aware of any other ownership of the Class A voting stock of CBS in the amount of 10% or more.

DATED:  September 28, 2018

Respectfully submitted,

　　/s/ Eric Feder
Eric J. Feder (D.C. Bar No. 996955)

DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C.  20006-3401
(202) 973-4200
(202) 973-4499 (fax)
ericfeder@dwt.com

Elizabeth A. McNamara (*pro hac vice* pending)
Rachel F. Strom (*pro hac vice* pending)

DAVIS WRIGHT TREMAINE LLP

1251 Avenue of the Americas, 21st Floor  
New York, New York  10020  
(212) 489-8230  
(212) 489-8340  
lizmcnamara@dwt.com  
rachelstrom@dwt.com  

*Attorneys for Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation*