IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and<br>KAYLA MOORE,<br><br>     Plaintiffs,<br><br>v.<br><br>SACHA NOAM BARON COHEN,<br>SHOWTIME NETWORKS, INC., and<br>CBS CORPORATION,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-02082<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Sacha Noam Baron Cohen ("Mr. Cohen"), Showtime Networks Inc. ("Showtime"), and CBS Corporation ("CBS") (collectively "Defendants"), by their undersigned counsel, respectfully move this Court for an extension of time for all Defendants to answer or otherwise respond to the Complaint filed by Plaintiffs Roy Stewart Moore and Kayla Moore (collectively, "Plaintiffs") to and including November 8, 2018. Defendants' counsel has conferred with Plaintiffs' counsel pursuant to Local Rule 7(m), and Plaintiffs' counsel has consented to this request.

Plaintiffs served the Summons and Complaint in this case on Showtime and CBS, respectively, on September 18, 2018. Under the Federal Rules of Civil Procedure, the date for Showtime and CBS to answer or otherwise respond to the Complaint is October 9, 2018. Mr. Cohen has not yet been served. Counsel for Defendants has agreed to accept service of the Complaint on Mr. Cohen's behalf, with the deadline to answer or otherwise respond to the Complaint for all Defendants extended by thirty (30) days to November 8, 2018.

This is Defendants' first request for an enlargement of time.  There are no other deadlines in this case that will be affected by this extension.

WHEREFORE, Defendants respectfully request that the Court grant their motion, and that the deadline for Defendants to answer or otherwise respond to the Complaint be extended to and including November 8, 2018.

DATED:  September 28, 2018

Respectfully submitted,

 /s/ Eric Feder
Eric J. Feder (D.C. Bar No. 996955)

DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C.  20006-2401
(202) 973-4200
(202) 973-4499 (fax)
ericfeder@dwt.com

Elizabeth A. McNamara (*pro hac vice* pending)
Rachel F. Strom (*pro hac vice* pending)

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York  10020
(212) 489-8230
(212) 489-8340
lizmcnamara@dwt.com
rachelstrom@dwt.com

*Attorneys for Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and<br>KAYLA MOORE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SACHA NOAM BARON COHEN,<br>SHOWTIME NETWORKS, INC., and<br>CBS CORPORATION,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-02082<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

Upon consideration of the Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint filed herewith by Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation ("Defendants"), it is

ORDERED that Defendants' motion is granted, and that the deadline for all Defendants to answer or otherwise respond to the Complaint is extended to November 8, 2018.

Dated this ___ day of _____, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas F. Hogan
　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

This is to certify that I have this 28th day of September, 2018, electronically filed the foregoing Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint using the CM/ECF system and served upon counsel of record by electronic filing.

                                                      /s/ Eric Feder
                                                      Eric Feder