IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>SACHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., AND CBS CORPORATION,<br><br>Defendant. | Civil Action No. 1:18-cv-02082 |

### DECLARATION OF BRENDAN COUNTEE IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE PURSUANT TO 28 U.S.C. § 1404(a)

1. I am employed as Vice President of Original Programming for Showtime Networks Inc. ("SNI"). I make this Declaration based on my personal knowledge and review of SNI's business records, and am competent to testify to the same.

2. SNI is incorporated in Delaware and has its principal place of business at 1633 Broadway, New York, New York 10019. SNI owns and operates the premium cable network SHOWTIME.

3. SNI is a wholly-owned subsidiary of CBS Corporation ("CBS"). CBS is incorporated in Delaware and has its principal place of business at 51 W. 52nd Street, New York, New York 10019.

4. In February 2017 SNI entered into a license agreement with La Quinta Entertainment, LLC and Please You Can Touch LLC (collectively, the "Production Companies"), as joint owners of a new television series being developed by comedian Sacha

Baron Cohen. Pursuant to that agreement, the Production Companies licensed that series (the "Program")—then untitled—to SNI for exhibition on SHOWTIME and other distribution.

5. The Program—which was ultimately titled "Who Is America?"—premiered on SHOWTIME on July 15, 2018.

6. During the episodes of the Program, Mr. Cohen portrays a number of different fictional characters, including a conservative conspiracy theorist and "citizen journalist" named "Billy Wayne Ruddick Jr., PhD," who skewers the left-leaning views of former Presidential candidates Bernie Sanders and Jill Stein. He also plays "Gio Monaldo," an Italian playboy and fashion photographer who reveals the vanity in Hollywood through interviews with various celebrities. Mr. Cohen also portrays "Erran Morad, " a fictional "anti-terror" expert and former Mossad agent, who interviews a number of U.S. political pundits and candidates who backed his "Kinderguardians" plan to arm school children aged 3 to 16 and teaches a former Republican state representative how to detect terrorists by yelling racial epithets and wearing a burqa.

7. The third episode of the Program ("Episode 103"), which aired on SHOWTIME on July 29, 2018, contained an interview of Judge Roy S. Moore by the fictional "Erran Morad" character played by Mr. Cohen.

8. A DVD containing a true and correct copy of Episode 103 is attached hereto as Exhibit A.

I declare under the penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED this 22 day of October 2018

BRENDAN COUNTEE

# EXHIBIT A

# DVD FILED WITH CLERK OF COURT