IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE, <br><br> Plaintiffs, <br><br> v. <br><br> SACHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., and CBS CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:18-cv-02082 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO ADMIT RACHEL F. STROM *PRO HAC VICE***

NOW COMES Eric J. Feder, an attorney admitted to the Bar of this Court and in good standing, and respectfully moves for the admission of Rachel Strom, *pro hac vice*, as counsel for Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation in this proceeding. As grounds therefore, Movant states:

1. Ms. Strom is a member in good standing of the Bar of the State of New York and the Commonwealth of Massachusetts. She is also admitted to practice before the Northern, Southern, and Eastern Districts of New York, District of Massachusetts, Northern District of Illinois, and the U.S. Court of Appeals for the Second, Fourth, and Eleventh Circuit.

2. Ms. Strom is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Ms. Strom possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Rachel F. Strom *pro hac vice* as representative of Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation in this proceeding.

Dated this 29th day of October, 2018.

Respectfully submitted,

/s/ Eric Feder
Eric J. Feder (D.C. Bar No. 996955)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C.  20006-2401
(202) 973-4200
(202) 973-4499 (fax)
ericfeder@dwt.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the date below, I caused the foregoing MOTION TO ADMIT RACHEL F. STROM *PRO HAC VICE*, DECLARATION OF RACHEL F. STROM, and PROPOSED ORDER to be served via ECF on the following persons:

Larry E. Klayman
Klayman Law Group, P.A.
7050 W. Palmetto Park Road, #15-287
Boca Raton, FL  33433
Email: leklayman@gmail.com

Dated: October 29, 2018                              /s/ Eric J. Feder

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE, <br><br> Plaintiffs, <br><br> v. <br><br> SACHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., and CBS CORPORATION, <br><br> Defendants. | Case No. 1:18-cv-02082 |

# DECLARATION OF RACHEL F. STROM
## IN SUPPORT OF MOTION FOR *PRO HAC VICE* APPEARANCE

I, Rachel F. Strom, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My full name is Rachel Fan Strom. I am an attorney with law firm of Davis Wright Tremaine LLP and I am seeking to appear *pro hac vice* as a lawyer for Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation in the above-captioned matter pending before the District Court for the District of Columbia.

2. My office address is 1251 Avenue of the Americas, 21st Floor, New York, New York 10020, and my office telephone number is (212) 489-8230.

3. I was admitted to practice law in the State of New York in May 2007 and remain licensed and in good standing in New York. My New York licensure/registration number is 4507703. I was admitted to practice law in the Commonwealth of Massachusetts in February 2007 and remain licensed and in good standing in Massachusetts. My Massachusetts licensure/registration number is 666319. In addition to the New York and Massachusetts state courts, I am admitted to practice and am in good standing in the following courts: the Northern, Southern, and Eastern Districts of New York, and the U.S. Court of Appeals for the Second,

Fourth Circuit and Eleventh.

4. I certify that I have never been disciplined or sanctioned by any bar.

5. I have not sought *pro hac vice* admission to this Court in the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not currently a member of the District of Columbia bar and I do not have an application for membership pending.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 29th day of October, 2018, at New York, New York.

_____
Rachel F. Strom

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>SACHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., and CBS CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-02082<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

Upon consideration of Defendants' motion for admission of attorney Rachel F. Strom *pro hac vice*, it is

ORDERED that Defendants' motion is granted and attorney Rachel F. Strom is granted admission *pro hac vice* as counsel for Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation in this proceeding.

Dated this ___ day of _____, 2018.

_____
Hon. Thomas F. Hogan
United States District Judge