IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and <br> KAYLA MOORE, <br><br> Plaintiffs, <br><br> v. <br><br> SACHA NOAM BARON COHEN, <br> SHOWTIME NETWORKS, INC., and <br> CBS CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:18-cv-02082 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation (collectively "Defendants"), by their undersigned counsel, hereby withdraw their Motion for an Extension of Time for Defendants to Answer or Otherwise Respond to Complaint (ECF No. 9).

DATED:  November 5, 2018

                                                Respectfully submitted,

                                                   /s/ Eric Feder
                                                Eric J. Feder (D.C. Bar No. 996955)

                                                DAVIS WRIGHT TREMAINE LLP
                                                1919 Pennsylvania Avenue, N.W., Suite 800
                                                Washington, D.C.  20006-2401
                                                (202) 973-4200
                                                (202) 973-4499 (fax)
                                                ericfeder@dwt.com

                                                Elizabeth A. McNamara (*pro hac vice* pending)
                                                Rachel F. Strom (*pro hac vice* pending)

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York  10020
(212) 489-8230

2

4839-4254-5786v.1 3940173-000105

3

**CERTIFICATE OF SERVICE**

This is to certify that I have this 5th day of November, 2018, electronically filed the foregoing Notice of Withdrawal of Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, Memorandum of Points and Authorities and Proposed Order using the CM/ECF system and served upon counsel of record by electronic filing.

                                              /s/ Eric Feder
                                              Eric Feder

4839-4254-5786v.1 3940173-000105