IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:18-cv-02082 |
| SACHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., and CBS CORPORATION, | ) ) ) ) ) |
| Defendants. | ) |

**PROPOSED ORDER**

Upon consideration of the Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint filed herewith by Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation ("Defendants"), it is

ORDERED that Defendants' motion is granted, and that the deadline for all Defendants to answer or otherwise respond to the Complaint is extended to fourteen (14) days after this Court resolves Defendants' pending Motion to Transfer Case (ECF No. 6).

Dated this ___ day of _____, 2018.

_____
Hon. Thomas F. Hogan
United States District Judge