**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>SASHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., AND CBS CORPORATION,<br><br>　　　　　　　Defendants. | Civil Action No. 1:18-cv-02082 |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO TRANSFER**

Plaintiffs Roy Stewart Moore and Kayla Moore ("Plaintiffs") hereby move this honorable Court for an extension of 7 days, up to and including November 28, 2018, to file an opposition to Defendants' motion to transfer, and as grounds therefore would show:

The responsive pleading is currently due November 21, 2018. Plaintiff need the additional time of 7 days because Plaintiffs' counsel's office is short staffed with the holiday period and due to time devoted to catching up after Plaintiff's associate returned from his honeymoon.

The requested extension will not prejudice Defendants. Indeed, Defendants' counsel consents to the requested extension, provided that Defendants' Reply is due on December 14, 2018, which Plaintiff consents to

WHEREFORE, Plaintiffs respectfully request an additionl 7-day extension of time to file their opposition to Defendants' motion to transfer up to and including November 28, 2018.

**Dated**:  November 20, 2018                              Respectfully Submitted,

  /s/ *Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
2020 Pennsylvania Ave. NW # 800
Washington, D.C. 20006
(310) 595-0800
 Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the Court's ECF system to all counsel of record or parties on November 20, 2018.

*/s/ Larry Klayman*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE,<br><br>                    Plaintiffs,<br>    v.<br><br>SASHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., AND CBS CORPORATION,<br><br>                    Defendants. | Civil Action No. 1:18-cv-02082 |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Extension of Time to Oppose Defendants' Motion to Transfer, having considered same, and all papers and argument in connection therewith, finds as follows:

**IT IS HEREBY:**

**ORDERED**: that Plaintiff's Motion for Extension of Time to Oppose Defendants' Motion to Transfer is hereby **GRANTED**.

Entered this _____ day of _____, 2018.

SO ORDERED,

_____

HON. THOMAS F. HOGAN
United States District Judge