**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE, <br><br>                 Plaintiffs, <br> v. <br><br> SASHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., AND CBS CORPORATION, <br><br>                 Defendants. | Civil Action No. 1:18-cv-02082 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO TRANSFER**

Plaintiffs Roy Stewart Moore and Kayla Moore ("Plaintiffs") hereby move this honorable Court for a final extension of 14 days, up to and including December 12, 2018, to file an opposition to Defendants' motion to transfer due to unforeseen client emergencies from counsel for Plaintiffs.

The responsive pleading is currently due November 28, 2018.  Plaintiffs need the additional time of 14 days because Plaintiffs' counsel's office is facing a sudden unforeseen influx of urgent client matters. They include (1) the representation of two persons before the Mueller grand jury in the District of Columbia, (2) the representation of a client who needs to file for immediate injunctive relief after being removed from Twitter and Facebook, threatening her livelihood  and (3) the representation of Christian client who is in federal lockup in the Federal Detention Center in Terre Haute, Indiana and whose life has been threatened by Muslim inmates, who have already murdered another inmate, and for which an FBI investigation has been initiated and is underway.

The requested extension will not prejudice Defendants since this matter is still at its beginning phase. Plaintiffs wanted to file this motion yesterday morning, when it asked Defendants' counsel for consent, but has not as yet heard back from Defendants.

WHEREFORE, Plaintiffs respectfully request an additional 14-day extension of time to

file their opposition to Defendants' motion to transfer up to and including December 12, 2018.

**Dated**:  November 28, 2018                    Respectfully Submitted,


                                  /s/ *Larry Klayman*
                                 Larry Klayman, Esq.
                                 KLAYMAN LAW GROUP, P.A.
                                 2020 Pennsylvania Ave. NW # 800
                                 Washington, D.C. 20006
                                 (310) 595-0800
                                  Email: leklayman@gmail.com


## CERTIFICATE OF SERVICE

I  HEREBY  CERTIFY  that  a  true  and  correct  copy  of  the  foregoing  was  filed electronically and served through the Court's ECF system to all counsel of record or parties on November 28, 2018.


                                 */s/ Larry Klayman*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROY STEWART MOORE and KAYLA
MOORE,

                Plaintiffs,

     v.

SASHA NOAM BARON COHEN,
SHOWTIME NETWORKS, INC., AND CBS
CORPORATION,

                Defendants.

Civil Action No. 1:18-cv-02082

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Extension of Time to Oppose Defendants'

Motion to Transfer, having considered same, and all papers and argument in connection

therewith, finds as follows:

**IT IS HEREBY:**

**ORDERED**: that Plaintiff's Motion for Extension of Time to Oppose Defendants'

Motion to Transfer is hereby **GRANTED**.

Entered this _____ day of _____, 2018.

SO ORDERED,

_____

HON. THOMAS F. HOGAN
United States District Judge