**2018**          **Limited Liability Company Annual Report**

| | | |
|---|---|---|
| Due on or Before: | October 1, 2018 | **For Office Use Only** |
| ID: | 2017-000771418 | Wyoming Secretary of State |
| State of Formation: | Wyoming | 2020 Carey Avenue, Cheyenne, WY  82002-0020 |
| License Tax Paid: | $50.00 | 307-777-7311 |
| AR Number: | 03965310 | https://wyobiz.wy.gov/Business/AnnualReport.aspx |

**YERUSHALAYIM TELEVISION, LLC**

_Current Registered Agent:_
Hirst Applegate Registered Agent Services, Inc.
1720 Carey Ave Ste 400
Cheyenne, WY 82001

1:  Mailing Address
  900 Wilshire Blvd.
  Suite 1000
  Beverly Hills, CA 90212

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the _appropriate_ Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

2:  Principal Office Address
  900 Wilshire Blvd
  Suite 1000
  Beverly Hills, CA 90212

  Phone: (323) 819-3546
  Email: corporate.organizer1@gmail.com

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Jenifer Wallis | Jenifer Wallis | November 14, 2018 |
|---|---|---|
| Signature | Printed Name | Date |

---

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.



Wyoming Secretary of State
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only
Ed Murray, WY Secretary of State
FILED: Oct 6 2017 11:08AM
Original ID: 2017-000771418

# Limited Liability Company
# Articles of Organization

**I. The name of the limited liability company is:**
YERUSHALAYIM TELEVISION, LLC

**II. The name and physical address of the registered agent of the limited liability company is:**
Hirst Applegate Registered Agent Services, Inc.
1720 Carey Ave Ste 400
Cheyenne, WY 82001

**III. The mailing address of the limited liability company is:**
900 Wilshire Blvd.
Suite 1000
Beverly Hills, CA 90212

**IV. The principal office address of the limited liability company is:**
900 Wilshire Blvd
Suite 1000
Beverly Hills, CA 90212

**V. The organizer of the limited liability company is:**
Jenifer Wallis
801 S. Figueroa St., 15th flr, Los Angeles, CA 90017

| | | |
|---|---|---|
| **Signature:** | *Jenifer Wallis* | **Date:** 10/06/2017 |
| Print Name: | **Jenifer Wallis** | |
| Title: | **Attorney of record for LLC** | |
| Email: | **jcw@manningllp.com** | |
| Daytime Phone #: | **(213) 553-2494** | |




**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual      ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | | |
|---|---|---|---|
| **Signature:** | *Jenifer Wallis* | **Date:** | 10/06/2017 |
| Print Name: | **Jenifer Wallis** | | |
| Title: | **Attorney of record for LLC** | | |
| Email: | **jcw@manningllp.com** | | |
| Daytime Phone #: | **(213) 553-2494** | | |

**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Hirst Applegate Registered Agent Services, Inc.**, whose registered office is located at **1720 Carey Ave Ste 400, Cheyenne, WY 82001**, voluntarily consented to serve as the registered agent for **YERUSHALAYIM TELEVISION, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| Signature: | *Jenifer Wallis* | Date: **10/06/2017** |
| Print Name: | **Jenifer Wallis** | |
| Title: | **Attorney of record for LLC** | |
| Email: | **jcw@manningllp.com** | |
| Daytime Phone #: | **(213) 553-2494** | |

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**YERUSHALAYIM TELEVISION, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **6th** day of **October, 2017** at **11:08 AM.**

Remainder intentionally left blank.



Filed Date: 10/06/2017

_____
Secretary of State

Filed Online By:

Jenifer Wallis

on 10/06/2017