**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROY STEWARY MOORE, et al<br><br>Plaintiffs,<br>v.<br><br>SASHA NOAM BARON COHEN, et al<br><br>Defendants. | Case No: 1:18-cv-02082 |

## NOTICE OF ERRATA TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER

Plaintiffs Roy Moore and Kayla Moore hereby notify this Court that there is an error contained in Page 5, Line 12 of Plaintiffs' Opposition to Defendants' Motion to Transfer. ECF No. 15. Where the document currently reads, "…incorporated in the state of Montana" should be changed to "…incorporated in the state of Wyoming."

**Dated**:  December 12, 2018                     Respectfully Submitted,

                                             /s/ *Larry Klayman*
                                            Larry Klayman, Esq.
                                            KLAYMAN LAW GROUP, P.A.
                                            2020 Pennsylvania Ave. NW # 800
                                            Washington, D.C. 20006
                                            (310) 595-0800
                                             Email:leklayman@gmail.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on December 12, 2018.

/s/ *Larry Klayman*
Larry Klayman, Esq.