# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE, <br><br>　　　　　　　Plaintiffs, <br><br>　　　v. <br><br> SASHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., AND CBS CORPORATION, <br><br>　　　　　　　Defendants. | Civil Action No. 1:18-cv-02082 |

### PLAINTIFF CHIEF JUSTICE ROY MOORE'S REQUEST FOR IN PERSON STATUS CONFERENCE

Plaintiff Chief Justice Roy Moore respectfully requests an in person status conference before this honorable Court at its earliest convenience.

Topics to discuss at the status conference include whether discovery should proceed as the Court decides the Defendants' Motion to Transfer. While Plaintiff Moore has provided compelling arguments why this Court must sustain its clear jurisdiction and proper venue, particularly since the alleged acts occurred in this district and witnesses are primarily located in this district (such as those who participated in the fraudulent interview and signing of a fraudulent and flawed release at a District of Columbia hotel), even in the unlikely event that this Court orders a transfer to New York City – where Defendants obviously think they have a more favorable forum – any discovery would be usable there as well. Thus, there would be no prejudice to any party.

Given that Chief Justice Roy Moore continues to be smeared and defamed over false, fraudulent and outrageous unwarranted ad hominem attacks that he is a "pedophile," which is what he was falsely made to appear for their own financial profit on national and international television, on the internet and in promotional print media, by Defendants Sasha Baron Cohen,

1

Showtime and CBS, it is important in the interests of justice that this case proceed, at a minimum at this time, to discovery. Justice delayed is justice denied, and given the reputation of this honorable Court, Plaintiff Chief Justice Moore is confident that it will not countenance this.

WHEREFORE, Plaintiff Chief Justice Moore respectfully requests an in person status conference before this honorable Court at its earliest convenience to address these and related issues.

Defendants do not consent to this motion.

**Dated**:  March 6, 2019

Respectfully Submitted,

 /s/ *Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
2020 Pennsylvania Ave. NW # 800
Washington, D.C. 20006
(310) 595-0800
 Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the Court's ECF system to all counsel of record or parties on March 6, 2019.

*/s/ Larry Klayman*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE,<br><br>     Plaintiffs,<br><br>  v.<br><br>SASHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., AND CBS CORPORATION,<br><br>     Defendants. | Civil Action No. 1:18-cv-02082 |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Chief Justice Roy Moore's Request for In Person Status Conference, the Court, having considered same, and all papers and argument in connection therewith, finds as follows:

**IT IS HEREBY:**

**ORDERED** that Plaintiff Chief Justice Roy Moore's Request for In Person Status Conference is hereby **GRANTED**.

Entered this _____ day of March, 2019.

                SO ORDERED,

                _____
                HON. THOMAS F. HOGAN
                United States District Judge