AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Roy Stewart Moore and Kayla Moore </br>*Plaintiff* </br>v. </br>Sacha Noam Baron Cohen, et al. </br>*Defendant* | ) </br>) </br>) Case No. 18-cv-2082-TFH </br>) </br>) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Sacha Noam Baron Cohen, Showtime Networks Inc. and CBS Corporation            .

Date:  03/15/2019

/s/ Lisa B. Zycherman
*Attorney's signature*

Lisa B. Zycherman (DC Bar No. 495277)
*Printed name and bar number*
Davis Wright Tremaine LLP
1919 Pennsylvania Ave, NW, Ste 800
Washington, DC 20006

*Address*

lisazycherman@dwt.com
*E-mail address*

(202) 973-4200
*Telephone number*

(212) 973-4499
*FAX number*