IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROY STEWART MOORE and<br>KAYLA MOORE, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-02082 |
| | ) | |
| SACHA NOAM BARON COHEN, | ) | |
| SHOWTIME NETWORKS, INC., and | ) | |
| CBS CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**RENEWED MOTION TO ADMIT ELIZABETH A. MCNAMARA *PRO HAC VICE***

NOW COMES Lisa B. Zycherman, an attorney admitted to the Bar of this Court and in good standing, and respectfully moves for the admission of Elizabeth A. McNamara, *pro hac vice*, as counsel for Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation in this proceeding.  As grounds therefore, Movant states:

1.      Ms. McNamara is a member in good standing of the Bar of the State of New York.  She is also admitted to practice before the U.S. Courts of Appeals for the First, Second, Third, Fourth and Seventh Circuits; and the U.S. District Courts for the Southern, Eastern and Western Districts of New York.

2.      Ms. McNamara is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3.      Movant is satisfied that Ms. McNamara possesses the character and skills required of a member of the Bar of this Court.

4.      As set forth further in the declaration of Eric J. Feder annexed to the Motion for Leave to Appear *Pro Hac Vice* of Eric J. Feder (ECF No. 22-1), Ms. McNamara was granted

admission *pro hac vice* in this proceeding on November 14, 2018 under Mr. Feder's

sponsorship.  We have since learned that Mr. Feder's admission to the Bar of the District of

Columbia did not include this Court.  Accordingly, I am filing this renewed motion for the

admission *pro hac vice* of Ms. McNamara.

WHEREFORE, Movant requests admission of Elizabeth A. McNamara *pro hac vice* as

representative of Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS

Corporation in this proceeding.

Dated this 15th day of March, 2019.

Respectfully submitted,

/s/ Lisa B. Zycherman
Lisa B. Zycherman (D.C. Bar No. 495277)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C.  20006-2401
(202) 973-4200
(202) 973-4499 (fax)
lisazycherman@dwt.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date below, I caused the foregoing RENEWED MOTION TO

ADMIT ELIZABETH A. MCNAMARA *PRO HAC VICE*, DECLARATION OF ELIZABETH

A. MCNAMARA, and PROPOSED ORDER to be served via ECF on the following persons:

Larry E. Klayman
Klayman Law Group, P.A.
7050 W. Palmetto Park Road, #15-287
Boca Raton, FL  33433
Email: leklayman@gmail.com

Dated: March 15, 2019                                    /s/ Lisa B. Zycherman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and<br>KAYLA MOORE,<br><br>       Plaintiffs,<br><br>v.<br><br>SACHA NOAM BARON COHEN,<br>SHOWTIME NETWORKS, INC., and<br>CBS CORPORATION,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-02082<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ELIZABETH A. MCANAMARA
## IN SUPPORT OF RENEWED MOTION FOR *PRO HAC VICE* APPEARANCE

I, Elizabeth A. McNamara, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      My full name is Elizabeth Ann McNamara.  I am an attorney with law firm of Davis Wright Tremaine LLP and I am seeking to appear *pro hac vice* as a lawyer for Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation in the above-captioned matter pending before the District Court for the District of Columbia.

2.      My office address is 1251 Avenue of the Americas, 21st Floor, New York, New York 10020, and my office telephone number is (212) 489-8230.

3.      I was admitted to practice law in the State of New York in 1982 and remain licensed and in good standing in New York.  My New York licensure/registration number is 1930643.  In addition to the New York state courts, I am admitted to practice and am in good standing in the following courts and in good standing: the U.S. Courts of Appeals for the First, Second, Third, Fourth and Seventh Circuits; and the U.S. District Courts for the Southern, Eastern and Western Districts of New York.

4.      I certify that I have never been disciplined or sanctioned by any bar.

5.      As explained in more detail in the Declaration of Eric J. Feder annexed to the Motion for Leave to Appear Pro Hac Vice of Eric J. Feder (ECF No. 22-1), I was admitted *pro hac vice* in this Court in connection with the above-captioned case on November 14, 2018. Apart from that, I have not sought *pro hac vice* admission to this Court in the last two years.

6.      I do not engage in the practice of law from an office located in the District of Columbia.

7.      I am not currently a member of the District of Columbia Bar and I do not have an application for membership pending.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 15th day of March, 2019.


Elizabeth A. McNamara

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

ROY STEWART MOORE and )
KAYLA MOORE, )
 )
   Plaintiffs, )
 )
v. ) Case No. 1:18-cv-02082
 )
SACHA NOAM BARON COHEN, )
SHOWTIME NETWORKS, INC., and )
CBS CORPORATION, )
 )
   Defendants. )

**PROPOSED ORDER**

Upon consideration of Defendants' renewed motion for admission of attorney Elizabeth

A. McNamara *pro hac vice*, it is

ORDERED that Defendants' motion is granted and attorney Elizabeth A. McNamara is

granted admission *pro hac vice* as counsel for Defendants Sacha Noam Baron Cohen, Showtime

Networks Inc., and CBS Corporation in this proceeding.

Dated this ___ day of _____, 2019.

_____
Hon. Thomas F. Hogan
United States District Judge