IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and<br>KAYLA MOORE,<br><br>    Plaintiffs,<br><br>v.<br><br>SACHA NOAM BARON COHEN,<br>SHOWTIME NETWORKS, INC., and<br>CBS CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-02082<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ERRATA TO DEFENDANTS' RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Defendants hereby notify this Court that the name of the attorney signing Defendants'

Rule 7.1 Corporate Disclosure Statement, ECF No. 4, which is currently Eric J. Feder (D.C. Bar

Number 1048522), should be changed to be Lisa B. Zycherman (D.C. Bar Number 495277),

with the email address changed from ericfeder@dwt.com to lisazycherman@dwt.com.

Dated: March 15, 2019.

                                                  Respectfully submitted,

                                                      /s/ Lisa B. Zycherman
                                                  Lisa B. Zycherman (D.C. Bar No. 495277)
                                                  DAVIS WRIGHT TREMAINE LLP
                                                  1919 Pennsylvania Avenue, N.W., Suite 800
                                                  Washington, D.C.  20006-2401
                                                  (202) 973-4200
                                                  (202) 973-4499 (fax)
                                                  lisazycherman@dwt.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the date below, I caused the foregoing Notice of Errata to be served via ECF on the following persons:

Larry E. Klayman
Klayman Law Group, P.A.
7050 W. Palmetto Park Road, #15-287
Boca Raton, FL  33433
Email: leklayman@gmail.com


Dated: March 15, 2019                                            /s/ Lisa B. Zycherman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and<br>KAYLA MOORE,<br><br>      Plaintiffs,<br><br>v.<br><br>SACHA NOAM BARON COHEN,<br>SHOWTIME NETWORKS, INC., and<br>CBS CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-02082<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants CBS Corporation ("CBS") and Showtime Networks Inc. ("Showtime") hereby state that:

Showtime is a wholly owned subsidiary of CBS.  CBS is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of CBS.  CBS is not aware of any other ownership of the Class A voting stock of CBS in the amount of 10% or more.

DATED:  September 28, 2018

                                                    Respectfully submitted,

                                                      /s/ Lisa B. Zycherman
                                                Lisa B. Zycherman (D.C. Bar No. 495277)

                                                DAVIS WRIGHT TREMAINE LLP
                                                1919 Pennsylvania Avenue, N.W., Suite 800
                                                Washington, D.C.  20006-3401
                                                (202) 973-4200
                                                (202) 973-4499 (fax)
                                                lisazycherman@dwt.com

                                                Elizabeth A. McNamara (*pro hac vice* pending)
                                                Rachel F. Strom (*pro hac vice* pending)

                                                DAVIS WRIGHT TREMAINE LLP

1251 Avenue of the Americas, 21st Floor
New York, New York  10020
(212) 489-8230
(212) 489-8340
lizmcnamara@dwt.com
rachelstrom@dwt.com

*Attorneys for Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation*