IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE, <br><br> Plaintiffs, <br><br> v. <br><br> SACHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., and CBS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 1:18-cv-02082 ) ) ) ) ) ) ) |

**NOTICE OF ERRATA TO REPLY MEMORANDUM IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO TRANSFER CASE PURSUANT TO 28 U.S.C. § 1404(a)**

Defendants hereby notify this Court that the name of the attorney signing the Reply Memorandum in Further Support of Defendants' Motion to Transfer Case Pursuant to 28 U.S.C. § 1404(a), which is currently Eric J. Feder (D.C. Bar Number 1048522), should be changed to be Lisa B. Zycherman (D.C. Bar Number 495277), with the email address changed from ericfeder@dwt.com to lisazycherman@dwt.com.

Dated: March 15, 2019.

                                                                      Respectfully submitted,

                                                                /s/ Lisa B. Zycherman
                                       Lisa B. Zycherman (D.C. Bar No. 495277)
                                       DAVIS WRIGHT TREMAINE LLP
                                       1919 Pennsylvania Avenue, N.W., Suite 800
                                       Washington, D.C.  20006-2401
                                       (202) 973-4200
                                       (202) 973-4499 (fax)
                                       lisazycherman@dwt.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the date below, I caused the foregoing Notice of Errata to be served via ECF on the following persons:

Larry E. Klayman
Klayman Law Group, P.A.
7050 W. Palmetto Park Road, #15-287
Boca Raton, FL  33433
Email: leklayman@gmail.com


Dated: March 15, 2019                                    /s/ Lisa B. Zycherman