IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE and KAYLA MOORE, <br><br> Plaintiffs, <br><br> v. <br><br> SACHA NOAM BARON COHEN, SHOWTIME NETWORKS, INC., and CBS CORPORATION, <br><br> Defendants. | Case No. 1:18-cv-02082 |

## ORDER

Upon consideration of the Motion to Correct Prior Filings by Defendants Sacha Noam Baron Cohen, Showtime Networks Inc., and CBS Corporation ("Defendants"), it is

ORDERED that Defendants' motion is granted, and that the prior filings by Defendants (ECF Nos. 4, 5, 6, 9, 11, 12 and 18) may remain on the docket and in effect, as corrected by the Notices of Errata (ECF Nos. 25–31), and attorney Lisa B. Zycherman (D.C. Bar Number 495277) is substituted *nunc pro tunc* as counsel signing each such filing.

Dated this 18th day of March, 2019.

_____
Hon. Thomas F. Hogan
United States District Judge