UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY STEWART MOORE, *et al.*<br><br>               Plaintiffs,<br><br>v.<br><br>SASHA NOAM BARON COHEN, *et al.*<br><br>               Defendants. | Civil Action No. 18-2082 (TFH) |

## ORDER

In accordance with the matters discussed during the hearing held in open court on April 29, 2019, and for the reasons stated from the bench, it hereby is

**ORDERED** that Defendants' Motion to Transfer Case Pursuant to 28 U.S.C. § 1404(a) [ECF No. 6] is **GRANTED**. Accordingly, the Court hereby transfers this case to the U.S. District Court for the Southern District of New York.

**SO ORDERED.**

April 29, 2019

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE