UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROY STEWART MOORE,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **SASHA NOAM BARON COHEN,** *et al.*, <br><br> Defendants. | Civil Action No. 18-2082 (TFH) |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is

**ORDERED** that the Plaintiffs' Motion for Reconsideration of Court's Order of April 29, 2019 and Motion to Recuse or Disqualify and Random Reassignment to Another Jurist of This Court [ECF No. 36] is **DENIED** for lack of jurisdiction.

**SO ORDERED.**

June 5, 2019

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE